IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JOHN PISKANIN, <br> Petitioner | : <br> : <br> : | |
| v. | : | CIVIL ACTION NO. 13-CV-3609 |
| MICHAEL LEVY, and ERIC HOLDER, <br> Respondents. | : <br> : <br> : | |

## ORDER

**AND NOW** this 5th day of March, 2014, **IT IS HEREBY ORDERED** that the Petition for Writ of Mandamus is **DENIED**.

LAWRENCE F. STENGEL, J.